# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Doyma Vanessa Michel,

        Defendant.

CASE NO. 09CR1005-W

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X** an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) of: 18 USC 545.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/6/09

                                  Thomas J. Whelan
                                  UNITED STATES DISTRICT JUDGE